1  cGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

5

6
            IN THE UNITED STATES DISTRICT COURT FOR THE
7
                  EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,      )
10                                 ) CR.S. 05-204 WBS
              Plaintiff,           )
11                                 )
                                   ) **JOINT STIPULATION TO VACATE AND**
12                                 ) **AMEND CURRENT BRIEFING/HEARING**
                                   ) **SCHEDULE**
13                                 )
                                   ) Date:   October 5, 2005
14 CLARENCE HAWKINS,               ) Time:   9:00 a.m.
                                   ) Court:  Honorable William B. Shubb
15            Defendant.           )
                                   )
16

17      COMES NOW the United States of America, by and through its

18 attorneys, McGregor W. Scott, United States Attorney for the

19 Eastern District of California, Kymberly Smith, Assistant United

20 States Attorney, and Mary French, counsel for Defendant, Clarence

21 Hawkins, and respectfully request that the current briefing and

22 hearing schedule be vacated and amended for the following

23 reasons:

24      1. On September 7, 2005, the defendant filed a Motion to

25 Suppress Evidence.  The government's response to this motion is

26 currently due September 21, 2005.

27      2.   This matter is scheduled for a non-evidentiary hearing

28 on Wednesday, October 5, 2005.

                                   1

1   3.   In a continuing effort to resolve this case the
2 government received word today from defense counsel that the
3 parties may be able to resolve this matter pending: (1) the
4 defendant gathering additional information about his criminal
5 history, and (2) consultation with the U.S. Office of Probation
6 and Parole regarding the defendant's expected sentence.
7   4.   In light of this information the parties have agreed to
8 request that this matter, including the briefing schedule, be
9 set-over 2 weeks in order to give the parties an opportunity to
10 determine if this matter can be resolved without further pre-
11 trial litigation.
12   5.   The parties therefore respectfully request that the
13 current briefing and hearing schedule be vacated and that this
14 Court issue an order regarding the following dates:

| **Event** | **Date Due/Scheduled** |
|---|---|
| Government's Response to Defendant's Motion to Suppress Evidence | October 12, 2005 |
| Non-Evidentiary Hearing on Defendant's Motion to Suppress Evidence | October 26, 2005 9:00 a.m. |

///
///
///
///
///
///
///
///
///

    6.  The parties also request that time continue to be excluded for preparation of counsel, pursuant to Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv).

```
                              Respectfully submitted,
                              McGREGOR W. SCOTT
                              United States Attorney

                                /s/ Kymberly A. Smith
                              KYMBERLY A. SMITH
                              Assistant United States Attorney

                                /s/ Mary French
                              MARY FRENCH
                              Assistant Federal Public Defender
                              Counsel for defendant, Clarence
                              Hawkins
```

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

Based upon the foregoing and for good cause shown, it is hereby **ORDERED** that the current briefing and hearing schedule be and the same hereby is **VACATED.**

It is **FURTHER ORDERED** that the parties shall adhere to the following briefing and hearing schedule:

(1).  The government's Response to Defendant's Motion to Suppress Evidence is due October 12, 2005; and

(2). The Non-Evidentiary Hearing on Defendant's Motion to Suppress Evidence is scheduled for, Wednesday, October 26, 2005, at 9:00 a.m., all parties are ordered to be present.

///
///
///
///
///

It is **FURTHER ORDERED** that at the request of both parties, time shall continue to be excluded for preparation of counsel, pursuant to Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv).

SO ORDERED:

DATED:   September 21, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE