1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 05-204 WBS |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION TO VACATE** |
| ) | **CURRENT BRIEFING SCHEDULE** |
| ) | **AND CONVERT HEARING** |
| ) | |
| ) | Date:   October 26, 2005 |
| CLARENCE HAWKINS, ) | Time:   9:00 a.m. |
| ) | Court:  Honorable William B. Shubb |
| Defendant. ) | |

COMES NOW the United States of America, by and through its attorneys, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, as well as Mary M. French, Assistant Federal Public Defender and counsel for defendant, Clarence Hawkins, and respectfully request that the current briefing schedule be vacated, and that the upcoming non-evidentiary hearing on pretrial motions be converted to a status hearing.  In support of this request the parties state the following:

1.   This matter is scheduled for a non-evidentiary hearing on Wednesday, October 26, 2005, to hear the defendant's pretrial motion to suppress evidence previously filed on September 7,

1


2005.  The government's response to this motion is due October 12, 2005.

    2.   Meanwhile the parties have attempted to dispose of this case.  Towards that goal and upon the defendant's request, the parties have received and reviewed a preview of the defendant's criminal history provided by the U.S. Office of Probation and Parole.  Having received and analyzed this information, the parties believe that this case may be disposed of by Plea Agreement instead of by trial.  The defendant does however, need more time to gather additional facts about his criminal history for the government to review.

    3.   Because the parties believe that they will be able reach an agreement and dispose of this case, a change of plea hearing is now scheduled for October 19, 2005, at 9:00 a.m.

    4.   Due to a pending and probable resolution of this matter, the parties respectfully request that the current briefing schedule be vacated, and that the non-evidentiary hearing currently scheduled for October 26, 2005, at 9:00 a.m., be converted to a status hearing in the event that this matter has not been disposed of before that time.

    5.   The parties also request that time continue to be excluded for preparation of counsel, pursuant to Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv).

                              Respectfully submitted,
                              McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kymberly A. Smith
                              KYMBERLY A. SMITH
                              Assistant United States Attorney

```
                              /s/ Mary French
                         MARY FRENCH
                         Assistant Federal Public Defender
                         Counsel for defendant, Clarence
                         Hawkins
```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

Based upon the foregoing and for good cause shown, it is hereby **ORDERED** that the current briefing schedule be and the same hereby is **VACATED**.

It is **FURTHER ORDERED** that the non-evidentiary hearing currently scheduled for October 26, 2005, at 9:00 a.m., be and the same hereby is **CONVERTED** to a status hearing, to which all parties shall appear in the event that this matter has not been disposed of before then.

It is **FURTHER ORDERED** that at the request of both parties, time shall continue to be excluded for preparation of counsel, pursuant to Local Code T4, and Title 18, United States Code, Section 3161(h)(8)(B)(iv), through October 26, 2005.

SO ORDERED:

Dated:  October 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE