```
1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   CLARENCE EDWARD HAWKINS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-204 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| CLARENCE EDWARD HAWKINS, | ) Date: January 25, 2006 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Kymberly Smith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the current status conference/ change of plea hearing date of January 11, 2006 be vacated and a new status conference/change of plea hearing date of January 25, 2006 at 9:00 a.m. be set.

The parties have been diligently working toward a resolution of this matter and defense counsel has just received a revised proposed plea agreement from the government and needs time to review it and confer with her client.

1    The period from January 11, 2006 through January 25, 2006 should
2 be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
3 based upon continuity of counsel and defense preparation.
4 Dated: January 10, 2006

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CLARENCE EDWARD HAWKINS


Dated: January 10, 2006                 MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Mary M. French for
                                        _____
                                        KYMBERLY A. SMITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization


**ORDER**

**IT IS SO ORDERED.**

Dated: January 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28