```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLARENCE EDWARD HAWKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CLARENCE EDWARD HAWKINS,<br><br>          Defendant.<br>_____ | No. Cr. S 05-204 WBS<br><br>**STIPULATED MOTION AND [lodged]**<br>**ORDER TO REDUCE SENTENCE PURSUANT**<br>**TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION**<br>**CASE**<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, CLARENCE EDWARD HAWKINS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    By judgment dated May 2, 2006, this Court sentenced Mr. Hawkins to a term of imprisonment of 121 months;

    3.    The total offense level applicable to Mr. Hawkins was

1  subsequently lowered by the United States Sentencing Commission in
2  Amendment 706, from 31 to 29, resulting in a new guideline range of 120
3  to 135 months, and the parties agree to a sentence reduction to 120
4  months, the mandatory minimum sentence;

5     4.   Accordingly, the parties request the court enter the order
6  lodged herewith reducing Mr. Hawkins' term of imprisonment to a term of
7  imprisonment of 120 months.

8  Dated:  November 10, 2011

9  Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ *Phillip A. Talbert* | /s/ *David M. Porter* |
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | CLARENCE EDWARD HAWKINS |

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hawkins is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable total offense level from 31 to 29, and a sentence within the applicable guideline range and at the statutory mandatory minimum would be 120 months.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Hawkins shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:   November 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE